# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANE MERLENE BELL, | ) | Case No.: 5:19-cv-00297-GJS |
| Plaintiff, | ) ) | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant | ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $14.85 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: December 30, 2019

_____
THE HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE